DOUGLAS DYNAMICS, L.L.C.,
Plaintiff–Appellant,

v.

MEYER PRODUCTS COMPANY and
Hamsar Diversco Incorporated,
Defendants–Appellees.

No. 03–1257.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 12, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

BOARD MACHINE, INC., Acme Music
& Vending, American Coin Machine
Exchange, Inc., David Powell (doing
business as D.P. Amusement Compa-
ny), Manor Vending Co., and A.L.D.
Services, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5122.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 15, 2003.

*ORDER*

Upon consideration of the United States'
unopposed motion to dismiss Board Ma-
chine, Inc. et al.'s appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.